IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **David Michael Morton**<br>**Karol Elaine Morton**<br>Debtors | BK NO. 5:13-bk-05349 JJT<br><br>Chapter 13 |
| **MIDFIRST BANK**<br>Movant<br>vs.<br>**David Michael Morton**<br>**Karol Elaine Morton**<br>Debtors<br><br>**Charles J. DeHart, III Esq.**, **(Trustee)** | Pleading: Motion for Relief |

## REQUEST TO REMOVE FROM THE HEARING LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

**X** The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2) If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3) Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 18, 2016         **/s/ Joshua I. Goldman, Esquire**
                                 Joshua I. Goldman, Esquire
                                 Attorney for Movant
                                 KML Law Group, P.C.