```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 13-05349-JJT
David Michael Morton                                                Chapter 13
Karol Elaine Morton
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: CKovach              Page 1 of 1          Date Rcvd: Oct 23, 2017
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2017.
db/jdb        +David Michael Morton,   Karol Elaine Morton,   134 Carlisle St.,   Wilkes Barre, PA 18702-3402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              ECMC    aamarteifio@ecmc.org
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jason J Mazzei    on behalf of Debtor 1 David Michael Morton mazzeiecf@debt-be-gone.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jason J Mazzei    on behalf of Debtor 2 Karol Elaine Morton mazzeiecf@debt-be-gone.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jeremy Michael Bolles    on behalf of Debtor 2 Karol Elaine Morton lawoffice.jmbolles@gmail.com,
               jmbolles@gmail.com
              Jeremy Michael Bolles    on behalf of Debtor 1 David Michael Morton lawoffice.jmbolles@gmail.com,
               jmbolles@gmail.com
              John  Fisher    on behalf of Creditor    Franklin Security Bank johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 David Michael Morton ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.    on behalf of Debtor 2 Karol Elaine Morton ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Michael Morton<br>Karol Elaine Morton<br>　　　　Debtors<br><br>MIDFIRST BANK<br>　　　　Movant<br>　vs.<br><br>David Michael Morton<br>Karol Elaine Morton<br>　　　　Debtors<br><br>Charles J. DeHart, III<br>　　　　Trustee | CHAPTER 13<br>BK NO: 5-13-bk-05349 JJT |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby; ORDERED that the deadline to file the Stipulation be extended to November 9, 2017.

Dated: October 23, 2017

By the Court,

_John J. Thomas, Bankruptcy Judge_
(RPR)