```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-05349-JJT
David Michael Morton                                                Chapter 13
Karol Elaine Morton
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CKovach           Page 1 of 1           Date Rcvd: Apr 06, 2018
                              Form ID: nthrgreq       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
db             +David Michael Morton,    134 Carlisle St.,    Wilkes Barre, PA 18702-3402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              ECMC    aamarteifio@ecmc.org
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jason J Mazzei    on behalf of Debtor 1 David Michael Morton mazzeiecf@debt-be-gone.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jason J Mazzei    on behalf of Debtor 2 Karol Elaine Morton mazzeiecf@debt-be-gone.com,
               donotemail.mazzeiecfbackuponly@gmail.com
              Jeremy Michael Bolles    on behalf of Debtor 2 Karol Elaine Morton lawoffice.jmbolles@gmail.com,
               jmbolles@gmail.com
              Jeremy Michael Bolles    on behalf of Debtor 1 David Michael Morton lawoffice.jmbolles@gmail.com,
               jmbolles@gmail.com
              John Fisher    on behalf of Creditor    Franklin Security Bank johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 2 Karol Elaine Morton ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 David Michael Morton ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Michael Morton
Karol Elaine Morton
**Debtor(s)**

Chapter: 13

Case number: 5:13−bk−05349−JJT

Document Number: 122

Matter: Certificate of Default

MidFirst Bank
**Movant(s)**

vs.

Karol E Morton
David M Morton
and Charles J DeHart, III, Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on October 16, 2013.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: April 19, 2018** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2018 |