```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania

In re:                                              Case No. 13-05349-JJT
David Michael Morton                                Chapter 13
Karol Elaine Morton
     Debtors                      CERTIFICATE OF NOTICE

District/off: 0314-5      User: CKovach         Page 1 of 2          Date Rcvd: Dec 14, 2018
                          Form ID: 3180W        Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.

```
db/jdb      +David Michael Morton,   Karol Elaine Morton,   134 Carlisle St.,   Wilkes Barre, PA 18702-3402
4410410     +204 Shore Dr. Association,   Mr. Lou Chefalino, Administrator,   P.O. Box 1175,
             Montague, NJ 07827-0175
4392531     +Aes/Pnc Natl City,   1200 N 7th St,   Harrisburg, PA 17102-1419
4392539     +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
4410408     +Gleason Angela M,   115 Deep Brook Rd,   Milford, PA 18337-9476
4410407     +Gleason Joseph N,   115 Deep Brook Rd,   Milford, PA 18337-9476
4410417     +High Point  Country Club,   P.O. Box 1301,   Montague, NJ 07827-0301
4410418     +JCP & L Electric,   P.O. Box 3687,   Akron, OH 44309-3687
4410409      JOHN A POKA ATTORNEY AT LAW,   103 STEVEN COURT,   MONROE, NY  10950-4522
4443528     +Midfirst Bank,   999 Northwest Grand Boulevard,   Oklahoma City, OK 73118-6051
4392542     +Midland Mtg/Midfirst,   999 Nw Grand Blvd,   Oklahoma City, OK 73118-6051
4427502     +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
4393730     +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
4410423      PNC Bank,   P.O. Box 856177,   Louisville, KY  40285-6177
4392543      Penn Security Bank,   Spruce St & Washington,   Scranton, PA 18503
4434238     +Penn Security Bank & Trust Co,   150 N Washington Ave,   Scranton, PA 18503-1865
4410421     +Penn Star Bank,   409 Lackawanna Ave,   Scranton, PA 18503-2059
4392544     +Pnc Bank Na,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
4410424      Sussex Bank,   P.O. Box Route 23,   Franklin, NJ  07416
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4434927     +E-mail/Text: bncmail@w-legal.com Dec 14 2018 19:50:13    ALTAIR OH XIII, LLC,
             C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4392535      EDI: BANKAMER.COM Dec 15 2018 00:24:00    Bk Of Amer,   4161 Piedmont Pkwy,
             Greensboro, NC 27410
4392534      EDI: BANKAMER.COM Dec 15 2018 00:24:00    Bk Of Amer,   Po Box 982235,   El Paso, TX 79998
4410411      EDI: BANKAMER.COM Dec 15 2018 00:24:00    Bank Of America,   P.O. Box 15019,
             Wilmington, DE 19886-5019
4392532      EDI: BANKAMER.COM Dec 15 2018 00:24:00    Bank Of America,   Po Box 982235,
             El Paso, TX 79998
4392533     +EDI: TSYS2.COM Dec 15 2018 00:23:00    Barclays Bank Delaware,   125 S West St,
             Wilmington, DE 19801-5014
4392536      EDI: CAPITALONE.COM Dec 15 2018 00:24:00    Cap One,   Po Box 85520,   Richmond, VA 23285
4410412      EDI: CAPITALONE.COM Dec 15 2018 00:24:00    Capital One,   P.O. Box 71083,
             Charlotte, NC  28272-1083
4392537     +EDI: CHASE.COM Dec 15 2018 00:24:00    Chase,   Po Box 15298,   Wilmington, DE 19850-5298
4410413      EDI: CHASE.COM Dec 15 2018 00:24:00    Chase Bank,   P.O. Box 15123,
             Wilmington, DE 19886-5153
4410414      EDI: CHASE.COM Dec 15 2018 00:24:00    Chase Bank,   P.O. Box 15153,
             Wilmington, DE 19886-5153
4410415      EDI: CRFRSTNA.COM Dec 15 2018 00:23:00    Credit First NA,   P.O. Box 81344,
             Cleveland, OH  44188-0344
4398466     +EDI: TSYS2.COM Dec 15 2018 00:24:00    Department Stores National Bank/Macys,
             Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
4394989      EDI: DISCOVER.COM Dec 15 2018 00:24:00    Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
4410416     +EDI: DISCOVER.COM Dec 15 2018 00:24:00    Discover Card,   PO Box 71084,
             Charlotte, NC  28272-1084
4392538     +EDI: DISCOVER.COM Dec 15 2018 00:24:00    Discover Fin Svcs Llc,   Po Box 15316,
             Wilmington, DE 19850-5316
4651276      EDI: ECMC.COM Dec 15 2018 00:23:00    ECMC,   PO BOX 16408,   ST. PAUL MN 55116-0408
4651277      EDI: ECMC.COM Dec 15 2018 00:23:00    ECMC,   PO BOX 16408,   ST. PAUL MN 55116-0408,   ECMC,
             PO BOX 16408,   ST. PAUL MN 55116-0408
4399062     +E-mail/Text: autocollections@essabank.com Dec 14 2018 19:49:36    Franklin Security Bank,
             1065 Highway 315,   Cross Creek Pointe,   Wilkes-Barre, PA 18702-6941
4392540      E-mail/Text: autocollections@essabank.com Dec 14 2018 19:49:36    Franklin Security Bank,
             667 N River St,   Plains, PA 18705
4410419      E-mail/Text: camanagement@mtb.com Dec 14 2018 19:49:49    M & T Bank,   P.O9. Box 900,
             Millsboro, DE  19966
4410420      EDI: CHASE.COM Dec 15 2018 00:24:00    Marriot Rewards,   P.O. Boxx 15153,
             Wilmington, DE  19886-5153
4392541     +EDI: TSYS2.COM Dec 15 2018 00:24:00    Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
4410422      E-mail/Text: bankruptcy@nbtbank.com Dec 14 2018 19:50:19    Pennstar Bank,
             409 Lackawanna Avenue,   Scranton, PA  18503
                                                                              TOTAL: 24
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*          +Franklin Security Bank,   1065 Highway 315,   Cross Creek Pointe,   Wilkes-Barre, PA 18702-6941
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          ECMC   aamarteifio@ecmc.org
          James  Warmbrodt   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          Jason J Mazzei   on behalf of Debtor 2 Karol Elaine Morton mazzeiecf@debt-be-gone.com,
           donotemail.mazzeiecfbackuponly@gmail.com
          Jason J Mazzei   on behalf of Debtor 1 David Michael Morton mazzeiecf@debt-be-gone.com,
           donotemail.mazzeiecfbackuponly@gmail.com
          Jeremy Michael Bolles   on behalf of Debtor 2 Karol Elaine Morton lawoffice.jmbolles@gmail.com,
           jmbolles@gmail.com
          Jeremy Michael Bolles   on behalf of Debtor 1 David Michael Morton lawoffice.jmbolles@gmail.com,
           jmbolles@gmail.com
          John  Fisher   on behalf of Creditor   Franklin Security Bank johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          Joshua I Goldman   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Paul W McElrath, Jr.   on behalf of Debtor 2 Karol Elaine Morton ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W McElrath, Jr.   on behalf of Debtor 1 David Michael Morton ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Thomas I Puleo   on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 13
```

| Debtor 1 | **David Michael Morton** | | Social Security number or ITIN | **xxx–xx–4225** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Karol Elaine Morton** | | Social Security number or ITIN | **xxx–xx–5680** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | | |
| Case number: | **5:13–bk–05349–JJT** | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Michael Morton

Karol Elaine Morton

**By the court:**

December 14, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: CKovach, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:13-bk-05349-JJT   Doc 141   Filed 12/16/18   Entered 12/17/18 00:41:15   Desc
Imaged Certificate of Notice   Page 4 of 4